# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**PERRY LEWIS TURNER, SR.**                                                **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 2:04CV213-P-A**

**TUNICA COUNTY, MISSISSIPPI
and JAMES DUNN, in his individual
capacity**                                                                **DEFENDANTS**

## ORDER

This cause is before the Court on defendant Tunica County's Motion for Summary Judgment [68-1]. The Court, having reviewed the motions, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Tunica County's Motion for Summary Judgment [68-1] should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that Tunica County is hereby DISMISSED WITH PREJUDICE as a party defendant..

SO ORDERED, this the 6th day of December, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE